ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02006-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2 (**BoNYM**), and Washington & Sandhill Homeowners Association (**Washington**), hereby stipulate and agree that BoNYM shall have an additional twenty (20) days, up to and including **December 7, 2017**, to file its response to Washington's motion to dismiss complaint, which is currently due on November 17, 2017, pursuant to ECF No. 26. Washington's motion to dismiss was filed on November 3, 2017.

43338007;1

BoNYM's counsel is requesting additional time in order to allow BoNYM time to review the response before it is filed.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of November, 2017.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2* | */s/ Philip Gerson*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>PHILIP GERSON, ESQ<br>Nevada Bar No. 5964<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, NV 89102<br><br>*Attorneys for Washington & Sandhill Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.

43338007;1