# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON,  ) Case No. 2:17-cv-02006-RFB-GWF
            )
    Plaintiff,  )
            )
vs.          )  **ORDER**
            )
WASHINGTON & SANDHILL HOMEOWNERS )
ASSOCIATION, *et al.*,  )
            )
    Defendants.  )
_____)

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on July 24, 2017. Defendant Absolute Collection Services filed its Motion to Dismiss (ECF No. 15 ) on October 12, 2017. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 11, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 4th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge