ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02006-RFB-GWF<br><br>**STIPULATION AND ORDER TO STAY BRIEFING ON MOTIONS TO DISMISS** |

The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2 (**BoNYM**), Washington & Sandhill Homeowners Association (**Washington**), and Absolute Collection Services, LLC (**ACS**), hereby stipulate and agree that BoNYM's responses to Washington's motion to dismiss [ECF No. 26] and ACS's motion to dismiss complaint [ECF No. 15] are stayed for sixty (60) days. BoNYM is in the process of filing defaults against CSC Acquisition & Holding Group, LL (**CSC**) and EQ Partners Solutions, LLC (**EQ**). These defaults being entered may resolve the case; the

43560741;1

parties request the stay of sixty (60) days in order to avoid incurring additional costs during that time. If the defaults do not resolve the case, BoNYM's response to Washington's motion to dismiss and ACS's motion to dismiss complaint will be due at the end of the sixty (60) days, on February 6, 2018.

DATED this 7th day of December, 2017.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2* | */s/ John H. Wright* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> PHILIP GERSON, ESQ <br> Nevada Bar No. 5964 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Washington & Sandhill Homeowners Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC** <br><br> */s/ Shane D. Cox* <br> SHANE D. COX, ESQ. <br> Nevada Bar No. 13852 <br> 8440 W. Lake Mead Boulevard, Suite 210 <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Absolute Collection Services, LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of December, 2017.

43560741;1