ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02006-RFB-GWF<br><br>**REQUEST TO ENTER DEFAULT** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2 (**BoNYM**) hereby requests that the Clerk enter default in this matter against Defendant EQ Partners Solutions, LLC (**Defendant**) pursuant to Federal Rule of Civil Procedure 55(a). Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

1

43541117;1

Plaintiff served the summons and complaint on defendant on October 25, 2017, November 1, 2017, November 8, 2017, November 15, 2017, and November 22, 2017, by publication, as evidenced by the proof of service on file with this Court [Dkt. 37]. Neither plaintiff nor the Court have granted defendant any extensions of time to respond to the complaint. Plaintiff is informed and believes that defendant is not an infant or incompetent person or in the military service.

In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

DATED: December 20, 2017.

**AKERMAN LLP**

*/s/ William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

2

43541117;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 20th day of December, 2017, I caused to be served a true and correct copy of the foregoing **REQUEST TO ENTER DEFAULT**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

| | |
|---|---|
| John Henry Wright, Esq.<br>The Wright Law Group, P.c.<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>john@wrightlawgroupnv.com<br><br>*Attorneys for Washington & Sandhill HOA* | Shane D. Cox, Esq.<br>Absolute Collection Services, LLC<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br>shane@absolute-collection.com<br><br>*Attorneys for Absolute Collection Services, LLC* |

**(AND BY UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

EQ Partners Solutions, LLC
625 E. College Way
Carson City, NV 89706

*/s/ Carla Llarena*
An employee of AKERMAN LLP

43541117;1