ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02006-RFB-GWF<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, William S. Habdas, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on July 24, 2017.

3. Defendant EQ Partners Solutions, LLC was served with a copy of the summons and complaint on October 25, 2017, November 1, 2017, November 8, 2017, November 15, 2017, and

1

43541186;1

1. November 22, 2017, by publication as reflected on the docket sheet by the proof of service filed on December 19, 2017.

4. An answer to the complaint was due on December 12, 2017.

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant.

DATED: December 20, 2017.

AKERMAN LLP

WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

Sworn to and subscribed before
Me this 20th day of December, 20 17.

_____
Notary Public

My Commission Expires: _____

CLAIRE J. HOUCK
Notary Public-State of Nevada
APPT. NO. 15-3325-1
My App. Expires September 14, 2019

43541186;1

2