# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF )
                  Plaintiff(s), )

v. )    Case No.: 2:17-cv-02006-RFB-GWF

WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS )    **DEFAULT**
                  Defendant(s). )

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __July 24, 2017__
(Original, Amended, etc)            (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __EQ PARTNERS SOLUTIONS, LLC__

in the above-entitled action is hereby entered.

DATED: _____        DEBRA K. KEMPI, CLERK

                                       By: _____
                                               Deputy Clerk