| | |
|---|---|
| 1 | ARIEL E. STERN, ESQ. |
| | Nevada Bar No. 8276 |
| 2 | WILLIAM S. HABDAS, ESQ. |
| | Nevada Bar No. 13138 |
| 3 | **AKERMAN LLP** |
| | 1160 Town Center Drive, Suite 330 |
| 4 | Las Vegas, Nevada 89144 |
| | Telephone:  (702) 634-5000 |
| 5 | Facsimile:   (702) 380-8572 |
| | Email:   ariel.stern@akerman.com |
| 6 | Email:   william.habdas@akerman.com |

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2;*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2; | Case No.: **2:17-cv-2006-RFB-GWF** |
| Plaintiff(s), | **AFFIDAVIT OF POSTING AND MAILING FOR SERVICE BY PUBLICATION** |
| vs. | |
| WAHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; And ABSOLUTE COLLECTION SERVICES, LLC, | |
| Defendant(s). | |

**JUDITH MAE ALL, #R-040570 and RHEALI TANGONAN, #R-058776**, being duly sworn, or under penalty of perjury, states that at all times herein Affiants were and are over 18 years of age, and not a party to or interested in the proceedings in which this Affidavit is made. That Affiants received a copy of the following document(s) on the **15** day of **NOVEMBER**, 20**17**:

**ORDER;**
**SUMMONS IN A CIVIL ACTION;**
**COMPLAINT**

**JUDITH MAE ALL, #R-040570**

☒1. By posting a copy of the documents in a conspicuous place on the property located at **3721 Erva Street, Las Vegas, Nevada 89147 on November 15, 2017 at 2:26 PM**.

CONTROL #NV105034

......................................................................

(Pursuant to NRS 53.045)

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on the 28 day of **NOVEMBER, 2017**

_____
(Server Signature)
**JUDITH MAE ALL**
Registered Work Card #R-040570

*(No Notary Per NRS 53.045)*

**Service Provided for:**
Nationwide Legal Nevada, LLC (1656)
626 S. 7th Street
Las Vegas, Nevada 89101
(702) 385-5444

1  RHEALI TANGONAN, #R-058776

2  ☒ 1. By first-class mailing a copy of the documents to defendant(s) at their usual place of abode on
3  November 15, 2017, located at <u>3721 Erva Street, Las Vegas, Nevada 89147.</u>

4  ☒ 2. By certified mail, return receipt requested a copy of the document(s) to defendant(s) at their usual place of abobe on **November 15, 2017**, located at <u>3721 Erva Street, Las Vegas, Nevada 89147</u>.

5

6

7                                                                                      CONTROL #NV105034.lb

8                                **(Pursuant to NRS 53.045)**

9

10          "I declare under penalty of perjury that the foregoing is true and correct."

11  Executed on the 28th day of **NOVEMBER, 2017**

12

13

14  _____                    *(No Notary Per NRS 53.045)*
15  (Server Signature)
    **RHEALI TANGONAN**                             **Service Provided for:**
16  Registered Work Card #R-058776                  Nationwide Legal Nevada, LLC (1656)
                                                    626 S. 7th Street
17                                                  Las Vegas, Nevada 89101
                                                    (702) 385-5444
18

19

20

21

22

23

24

25

26

27

28

# AKERMAN LLP

## U.S. POSTAL SERVICE

## CERTIFIED MAIL - RECEIPT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89147  OFFICIAL USE

| Certified Mail Fee | $3.35 | 0008 |
| --- | --- | --- |
| $ | $2.75 | 12 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postmark Here

Postage  $2.24

Total Postage  $8.34

11/15/2017

Sent To: CSG ACQUISITION & HOLDING, LLC
C/O DAUNSHARI WONG-CULOTTA
Street and 3721 ERVA STREET
City, State LAS VEGAS, NV 89147

7015 0640 0002 8212 4985

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

## SERVICE BY PUBLICATION

## CSC ACQUISITION & HOLDING, LLC

## C/O DAUSHARI WONG-CULOTTA

## NV105034