ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02006-RFB-GWF<br><br>**STIPULATION AND ORDER TO STAY BRIEFING ON MOTIONS TO DISMISS**<br><br>**SECOND REQUEST** |

The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2 (**BoNYM**), Washington & Sandhill Homeowners Association (**Washington**), and Absolute Collection Services, LLC (**ACS**), hereby stipulate and agree that BoNYM's responses to Washington's motion to dismiss [ECF No. 26] and ACS's motion to dismiss complaint [ECF No. 15] are stayed for sixty additional (60) days. BoNYM is in the process of filing default judgments against CSC Acquisition & Holding Group, LL (**CSC**) and EQ Partners Solutions, LLC (**EQ**).

44036726;1

1   The Clerk's Entry of Default against CSC Acquisition & Holding Group LLC was filed on
2   January 4, 2018.  ECF No. 43.  The Clerk's Entry of Default against Partners Solutions, LLC was
3   filed on February 2, 2018.  ECF No. 44.  BoNYM is preparing motions for default judgments, which
4   will be filed shortly.

5   The grant of these motions for default judgments is likely to complete this case and result in
6   the dismissal of the HOA and HOA truste.  The parties request the stay of an additional sixty (60)
7   days in order to avoid incurring additional costs during that time.

8   …
9   …
10  …
11  …
12  …
13  …
14  …
15  …
16  …
17  …
18  …
19  …
20  …
21  …
22  …
23  …
24  …
25  …
26  …
27  …
28  …

2

44036726;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

If the default judgments do not resolve the case, BoNYM's response to Washington's motion to dismiss and ACS's motion to dismiss complaint will be due at the end of the sixty (60) days, on April 7, 2018.

DATED this 6th day of February, 2017.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2* | */s/ John H. Wright* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> PHILIP GERSON, ESQ <br> Nevada Bar No. 5964 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Washington & Sandhill Homeowners Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC** <br><br> */s/ Shane D. Cox* <br> SHANE D. COX, ESQ. <br> Nevada Bar No. 13852 <br> 8440 W. Lake Mead Boulevard, Suite 210 <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Absolute Collection Services, LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: February 9, 2018.