ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02006-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS TO DISMISS**<br><br>**[THIRD REQUEST]** |

The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2 (**BoNYM**), and Washington & Sandhill Homeowners Association (**Washington**), and Absolute Collection Services, LLC (**ACS**), hereby stipulate and agree that BoNYM shall either have an additional sixty (60) days, up to and including **June 7, 2018**, to file its response to ACS' motion to dismiss complaint and Washington's motion to dismiss, which are currently due on April 7, 2018, pursuant to ECF No. 46,

44836711;1

or until after the court rules on the requests to enter default against CSC Acquisition & Holding Group [ECF No. 47], LLC and EQ Partners Solutions, LLC [ECF No. 48].

The granting of these motions for default judgments is likely to complete this case and result in the dismissal of the ACS and Washington. The parties request the extension in order to avoid incurring additional costs during that time.

DATED this 5th day of April, 2018.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2* | */s/ John H. Wright*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, NV 89102<br><br>*Attorneys for Washington & Sandhill Homeowners Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC**<br><br>*/s/ Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Boulevard, Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Absolute Collection Services, LLC* | |

## **ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 6th day of April, 2018.

2

44836711;1