# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank of New York Mellon

                Plaintiff,

v.

Washington & Sandhill Homeowners Association, et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:17-cv-02006-RFB-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Plaintiff as follows: Defendants CSC Acquisition & Holding Group LLC and EQ Partners Solutions, LLC purchased the real property located at 901 Villa Inn Court, Las Vegas, NV 89110 subject to Plaintiff's senior deed of trust recorded against the property on October 28, 2004, at Instrument No. 200410280004923.

|  |  |
|---|---|
| July 10, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ M. Morrison |
|  | Deputy Clerk |