1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 WILLIAM S. HABDAS, ESQ.
Nevada Bar No.13138
3 **AKERMAN LLP**
4 1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
5 Telephone: (702) 634-5000
Facsimile: (702) 380-8572
6 Email: ariel.stern@akerman.com
7 Email: william.habdas@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-BC2,<br><br>Plaintiff,<br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; CSC ACQUISITION & HOLDING GROUP LLC; EQ PARTNERS SOLUTIONS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02006-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION AND ABSOLUTE COLLECTION SERVICES, LLC WITHOUT PREJUDICE** |

The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2 (**BoNYM**), Washington & Sandhill Homeowners Association (**Washington**), and Absolute Collection Services, LLC (**Absolute**), by and through their respective counsel of record, hereby stipulate and agree:

…

…

…

45872804;1

That the above-entitled action shall be dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to, Washington and Absolute. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 24th day of July, 2018.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-BC2* | */s/ John Henry Wright*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, NV 89102<br><br>*Attorneys for Washington & Sandhill Homeowners Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC**<br><br>*/s/ Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Boulevard, Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Absolute Collection Services, LLC* | |

## **ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** July 25, 2018

45872804;1