AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

          Plaintiff,

v.

WASHINGTON & SANDHILL
HOMEOWNERS ASSOCIATION et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02006-RFB-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Defendant EQ Partner Solutions, LLC.

4/17/2023
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk